238 So.2d 357

**STATE of Louisiana ex rel. Emanuel ELLIS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 50807.**

Aug. 25, 1970.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

238 So.2d 357

**Gary FACIANE and Ogise Richardson**

**v.**

**Angelo BOSCO and Ralph Privette.**

**No. 50772.**

Aug. 25, 1970.

The application is denied. The result reached by the Court of Appeal is correct.

SUMMERS, Justice, is of the opinion the writ should be granted.